| | |
|---|---|
| DATE   December 16, 2016 | CASE NUMBER  9:15-cr-11(3) |
| LOCATION   Beaumont | **USA   Lauren Gaston / Matt Quinn   Assigned** |
| JUDGE   Ron Clark | **VS    Lauren Gaston / Matt Quinn   Appeared** |
| DEPUTY CLERK   Brandy Fairley | |
| RPTR/ECRO   Chris Bickham | **AGUSTIN ENRIQUEZ** |
| USPO   Angie Wallace | Defendant |
| INTERPRETER   N/A | |
| BEGIN   9:30 am/10:45am | **Daphne L. Pattison Silverman** |
| | Attorney |

## SENTENCING

X Sentencing CALLED    X Evidentiary

X . . . . . .   Dft ORALLY re-urged their Motion for Continuance (#285)
X . . . . . .   Dft submitted exhibits #7-11 and ORALLY motioned the Court to seal exhibits.
X . . . . . .   Court admitted exhibits #7-11 and GRANTED motion to seal.
X . . . . . .   **Court CONTINUED sentencing to 2/8/17 @ 12:00pm in Lufkin**
X . . . . .   Exhibit List Filed
X . . . . .   Dft remanded to the USM.
X . . . . . .   Minutes filed.

Adjourned:   10:35am/10:50am

Total Time:   1 hour 10 mins