AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

U.S.A.

**EXHIBIT LIST**

V.
AGUSTIN ENRIQUEZ

Case Number: 9:15CR11-3

| PRESIDING JUDGE RON CLARK | PLAINTIFF'S ATTORNEY Lauren Gaston, Matt Quinn | DEFENDANT'S ATTORNEY Daphne Pattison |
|---|---|---|
| TRIAL DATE (S) 12/16/16 | COURT REPORTER Chris Bickham | COURTROOM DEPUTY Brandy Fairly |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 7 | 12/16 | x | x | Timeline - SEALED |
| | 8 | 12/16 | x | x | Letter from Norman Silverman to the Court dated 12/15/16 - SEALED |
| | 9 | 12/16 | x | x | Letter from Jed Silverman to the Court dated 12/15/16 - SEALED |
| | 10 | 12/16 | x | x | Letter from Mark Bennett to the Court dated 12/15/16 - SEALED |
| | 11 | 12/16 | x | x | Letter from Senthilkumar Damodaran, M.D. to the Court dated 12/15/16 - SEALED |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages